MINUTE ENTRY
MILAZZO, J.
FEBRUARY 8, 2023

JS-10 00:12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-22 |
| STACIE WHEATEN | SECTION "H" |

## SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:   Sherry Adams
COURT REPORTER: Karen Ibos
LAW CLERK:      Kennedy Beal

APPEARANCES:    Maria M. Carboni, for Government
                Aris W. Cox, VI, for Defendant
                Stacie Wheaten, Defendant
                Shalita B. Morgan, U.S. Probation Officer

Court begins at 10:12 a.m.
Counsel appear for the record.
On July 20, 2022, defendant entered into a guilty plea as to Count 1 of the Indictment.
Defendant and her counsel addressed the Court.
Government addressed the Court.
Defendant is sentenced as to Count 1 of the Indictment.
On oral motion of the United States, Counts 7-10 of the Indictment are dismissed as to Stacie Wheaten.
Restitution Ordered.
Defendant remanded.
See Judgment and Commitment Order.
Court adjourned at 10:24 a.m.

