UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 22-22 |
| | * | |
| VERSUS | * | SECTION: "H" |
| | * | |
| STACIE WHEATON | * | MAGISTRATE SECTION "3" |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Considering the foregoing motion which is **GRANTED**, **IT IS ORDERED** that ARIS W. COX, VI, is **WITHDRAWN** and **REMOVED** as Attorney of record  for Defendant Stacie Wheaton.

New Orleans, Louisiana, this 13th day of February, 2023.

_____

JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE