**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 22-22** |
| v. | * | **SECTION: "H"** |
| **STACIE WHEATEN**<br>  a/k/a "Stacy Wheaten"<br>  a/k/a "Stacie Wheaton" | * | |
| | * | |
| | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney for the Eastern District of Louisiana, who respectfully represents:

I.

On February 8, 2023, the defendant, Stacie Wheaten, was sentenced to 18 months in the custody of the Bureau of Prisons, to be followed by a two-year term of supervised release for violating Title 18, United States Code, Section 371, Conspiracy to Commit Mail Fraud. (*See* Rec. Doc. No. 296). This conviction was based on a scheme to stage collisions with tractor-trailers, seek medical treatment, and file false insurance claims. The Defendant's term of supervision for this offense commenced on June 9, 2023. (Rec. Doc. 400).

II.

On April 16, 2024, U.S. Probation Officer Thomeka Livingston filed a Petition for Warrant or Summons for Offender Under Supervision ("Petition") with this Court. (Rec. Doc. 400). In the Petition, Officer Livingston alleges that Wheaten violated certain conditions of her supervised release. According to the Petition:

Since the commencement of supervision, Ms. Wheaten has failed to make any monthly payments towards restitution, as ordered by the Court. Ms. Wheaten's arrears amount to $900.00. Her restitution balance is $54,000.00. Ms. Wheaten has also failed to pay the special assessment fee of $100.00.

III.

A summons has been issued for the appearance of Ms. Wheaten before the Honorable Janis Van Meerveld on April 29, 2024, at 2:00 p.m. for an Initial Appearance on her Rule to Show Cause why supervised release should not be revoked.

**WHEREFORE**, the government prays that the defendant, Stacie Wheaten, be brought before this Court and a copy of this Rule be served upon her, and that she be ordered to show cause before this Court why her supervised release should not be revoked.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/Maria M. Carboni*
MARIA M. CARBONI
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
MA Bar Roll No. 673658
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3154
Maria.carboni@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/ Maria M. Carboni*
MARIA M. CARBONI
Assistant United States Attorney