UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 22-22** |
| v. | * | **SECTION: "H"** |
| **STACIE WHEATEN**<br>   a/k/a "Stacy Wheaten"<br>   a/k/a "Stacie Wheaton" | *<br><br>* | |
| | * | |

\* \* \*

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that the Defendant, Stacie Wheaten, appear before this Court on the 29th day of May, 2024 at 9:30 a.m. to show cause why her supervised release should not be revoked.

New Orleans, Louisiana, this 30th day of April, 2024.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE