UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-22 |
| VERSUS | SECTION "H" |
| STACIE WHEATEN | VIOLATION: 18:371, 18:1341, 18:2 |

### NOTICE OF REVOCATION HEARING

Take Notice that this criminal case has been SET for a Rule to Show Cause why Supervised Release should not be revoked on **MAY 29, 2024, at 9:30 AM** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C2-24, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: May 2, 2024

TO:
Stacie Wheaten **(Supervised Release)**

COUNSEL FOR DEFENDANT
Valerie W. Jusselin
valerie_jusselin@fd.org

If you change address,
notify Clerk of Court
by phone, 504-589-7600

CAROL L. MICHEL, CLERK OF COURT
by: **Sherry Adams, Case Manager**

AUSA:
Maria M. Carboni
Brian N. Klebba
Edward J. Rivera
maria.carboni@usdoj.gov
brian.klebba@usdoj.gov
edward.j.rivera@usdoj.gov

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

FOREIGN LANGUAGE INTERPRETER:
  NONE