UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
|---|---|---|
| VERSUS | * | NUMBER 22-022 |
| STACIE WHEATEN | * | SECTION "H" |

**DEFENDANT STACIE WHEATEN'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE HER REVOCATION HEARING AND TO LOWER THE AMOUNT OF MONTHLY RESTITUTION THAT SHE MUST PAY**

**NOW INTO COURT** comes defendant Stacie Wheaten who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the revocation hearing in this matter which is presently set for May 29, 2024 and for a reduction of her monthly restitution payment from $100.00 to $50.00. This request is made on the basis of the following:

1.

This motion is being filed after a telephone conference call with the Court and the attorneys that occurred this morning. Questions have arisen regarding whether the defendant's employment status and her financial ability to pay her restitution. According to the Government, the United States Probation Office mentioned enrolling the defendant in a job skills training program to help her obtain suitable employment, which would enable her to make timely restitution payments. Until those questions are answered, it is respectfully requested that the defendant's monthly restitution payment of

$100.00 be reduced to $50.00 until the Court holds a hearing and addresses this issue.

2.

Undersigned counsel is not prepared to proceed with the revocation hearing currently scheduled for May 29, 2024. She has not received a dispositional report from the United States Probation Office and she will need to receive that report and confer with her client before she is able to proceed. Therefore, the defense is requesting a continuance of the revocation hearing.

2.

The Government, through Assistant United States Attorney Maria Carboni, has been contacted and has no objection to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Stacie Wheaten respectfully requests that the revocation hearing in the captioned matter be continued and that her monthly restitution amount be reduced to $50.00 until such time as the Court holds a hearing and is able to ascertain how much money the defendant can pay monthly.

Respectfully submitted, this 24th day of May, 2024.

        CLAUDE J. KELLY
        Federal Public Defender

        <u>/s/ Valerie Welz Jusselin</u>
        VALERIE WELZ JUSSELIN
        First Assistant Federal Public Defender
        Hale Boggs Federal Building
        500 Poydras Street, Suite 318
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7930
        Email: valerie_jusselin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Maria Carboni, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I emailed the foregoing document and the notice of electronic filing by email to the following non-CM/ECF participants: United States Probation Officer Chandeidra Williams.

/s/ Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
First Assistant Federal Public Defender