UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 22-022 |
| STACIE WHEATEN | * | SECTION: "H" |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the revocation hearing in the captioned matter is hereby continued until the _____ day of _____, 2024, at o'clock ___.m

**IT IS ALSO ORDERED** that the defendant's amount of monthly restitution payments be reduced to $50.00 until such time as a hearing is held and the Court can ascertain how much the defendant can pay.

New Orleans, Louisiana this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE