UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 22-022 |
| STACIE WHEATEN | * | SECTION "H" |

**DEFENDANT STACIE WHEATEN'S UNOPPOSED MOTION
AND INCORPORATED MEMORANDUM TO CONTINUE
HER REVOCATION HEARING**

**NOW INTO COURT** comes defendant Stacie Wheaten who, through undersigned counsel, respectfully moves this Honorable Court for a continuance of the revocation hearing in this matter which is presently set for July 24, 2024. This request is made on the basis of the following:

1.

Since April 17, 2024, Ms. Wheaten has made six restitution payments (totaling $580.00). She is scheduled to start online classes in the fall at Southern University of Shreveport.

2.

Undersigned counsel has conferred with AUSA Maria Carboni and the parties agree that in light of Ms. Wheaten's progress, a 60-to-90-day continuance of Ms. Wheaten's revocation hearing is advisable with the idea that if she continues to comply the rule may be dismissed.

3.

The Government, through Assistant United States Attorney Maria Carboni, has been contacted and has no objection to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Stacie Wheaten respectfully requests that the revocation hearing in the captioned matter be continued for 60-to-90 days.

Respectfully submitted, this 23rd day of July, 2024.

> CLAUDE J. KELLY
> Federal Public Defender
>
> /s/ Valerie Welz Jusselin
> VALERIE WELZ JUSSELIN
> First Assistant Federal Public Defender
> Hale Boggs Federal Building
> 500 Poydras Street, Suite 318
> New Orleans, Louisiana 70130
> Telephone: (504) 589-7930
> Email: valerie_jusselin@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Maria Carboni, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I emailed the foregoing document and the notice of electronic filing by email to the following non-CM/ECF participants: United States Probation Officer Thomeka Livingston.

/s/ Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
First Assistant Federal Public Defender