UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER 22-022 |
| STACIE WHEATEN | * | SECTION "H" |

**EX-PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
OF RECORD AND SUBSTITUTE  NEW COUNSEL**

      **COMES NOW**, First Assistant Federal Public Defender Valerie Welz Jusselin who, being present counsel of record for defendant Stacie Wheaten in the above entitled and numbered proceeding, respectfully submits that she is retiring from the Office of the Federal Public Defender and respectfully moves this Honorable Court for the entry of an order granting her leave to withdraw as counsel of record in the instant proceeding; said order to further substitute Assistant Federal Public Defender Anna L. Friedberg as new counsel for the defendant.

      Respectfully submitted this 25th day of September, 2024.

CLAUDE J. KELLY
Federal Public Defender

/s/Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
First Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar # 19780

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Maria Carboni, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing to: Stacie Wheaten.

/s/Valerie Welz Jusselin
VALERIE WELZ JUSSELIN
First Assistant Federal Public Defender