UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-22** |
| **BREWTON, ET AL.** | **SECTION: "H"** |

## ORDER

**IT IS ORDERED** that the Final Hearing regarding Revocation of Defendant Stacie Wheaten's Supervised Release in this matter is **CONTINUED** without date subject to the Government's need to re-urge the issue.

New Orleans, Louisiana this 4th day of November 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**